**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HERSON ELIEL GARCIA BENITEZ, | ) | |
| | ) | Civil Action No. 2:26-cv-2117 |
| Petitioner, | ) | |
| | ) | JUDGE HARDY |
| v. | ) | |
| | ) | *(Electronic Filing)* |
| MARKWAYNE MULLIN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

AND NOW, this 19th day of November, 2026, upon consideration of the Petitioner Herson Eliel Garcia Benitez's Petition for Writ of Habeas Corpus (ECF No. 1, the "Petition"), Respondents' Response to Petition for Writ of Habeas Corpus (ECF No. 8), and the Joint Stipulation filed by the Parties (ECF No. 12);

IT IS ORDERED that the Petition is GRANTED IN PART. Respondents shall cause Petitioner to be taken to a neutral Immigration Judge of the Executive Office of Immigration Review for an individualized bond hearing in Texas, or Petitioner's current location, to occur within fourteen (14) days of this Order.

IT IS FURTHER ORDERED that counsel for Respondents will file a Notice on the docket advising the Court of the outcome of the bond hearing within three (3) days of receiving notice of the Order of the Immigration Judge. The Petition is DENIED in all other respects.

/s/ W. Scott Hardy
UNITED STATES DISTRICT JUDGE